MARGARET GRADY, as Administratrix of the Estate of MICHAEL GRADY, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Grady* v. *Lehigh Valley R. R. Co.*, 188 App. Div. 983, affirmed.
(Argued December 11, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 29, 1919, affirming a judgment in favor of defendant entered upon a dismissal of the complaint

by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate was a section foreman in the employ of defendant and was killed as the result of the collision of a motor rail car on which he was riding with his gang and a light engine. The trial court granted a nonsuit on the ground of assumption of risk. •

*Mortimer L. Sullivan* for appellant.

*Halsey Sayles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.